UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| CLIFFORD LAYMOND HOLLEY | ) | |
| | ) | CASE NO.  05-69951-MHM |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $39.32 on behalf of HENRY MEDICAL CENTER, who filed claim # 5-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds..

**CERTIFICATE OF SERVICE**

This is to certify that I have this 27th day of October, 2009 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

DARRELL L. BURROW, ATTY.
4812-A OLD NATIONAL HWY.
COLLEGE PARK, GA  30337

/s/ _____
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444